TEXTILEATHER CORPORATION, A CORPORATION, PLAIN-
TIFF-RESPONDENT, v. SUN INDEMNITY COMPANY OF
NEW YORK, A CORPORATION; GREAT AMERICAN IN-
DEMNITY COMPANY, A CORPORATION, DEFENDANTS,
AND AMERICAN MUTUAL LIABILITY INSURANCE COM-
PANY, A CORPORATION, DEFENDANT-APPELLANT.

TEXTILEATHER CORPORATION, A CORPORATION, PLAIN-
TIFF-APPELLANT, v. SUN INDEMNITY COMPANY OF
NEW YORK, A CORPORATION; AMERICAN MUTUAL
LIABILITY INSURANCE COMPANY, A CORPORATION,
DEFENDANTS, AND GREAT AMERICAN INDEMNITY
COMPANY, A CORPORATION, DEFENDANT-RESPOND-
ENT.

Argued February 10, 1931—Decided October 19, 1931.

For the Textileather Corporation, *McDermott, Enright &
Carpenter.*

For the American Mutual Liability Insurance Company,
*McCarter & English.*

For the Great American Indemnity Company, *Collins &
Corbin.*

PER CURIAM.

The judgments in these cases are affirmed, for the reasons
stated in the opinion in Textileather Corporation, a corpora-
tion, v. Great American Indemnity Company, a corporation,
defendant, and American Mutual Liability Insurance Com-
pany, a corporation, defendant-appellant; Textileather Cor-
poration, a corporation, plaintiff-appellant, v. Great Ameri-
can Indemnity Company, a corporation, defendant-respond-

208

ent, and American Mutual Liability Insurance Company, a corporation, defendants, *ante, p.* 121.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, DEAR, WELLS, JJ. 13.

*For reversal*—None.